SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED ☐ LODGED

Jun 28 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**Case No.:** 22-05865MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/24/2022 | 6/28/2022 08:30 AM | WARRANT PROVIDED TO TECH AGENT. |

**INVENTORY MADE IN THE PRESENCE OF**
SA Scott Wall

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Information + data collected from three target phones. Downloaded to a disc.

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 6/28/2022

_[signature]_
Executing Officer's Signature

Scott Wall - Special Agent
Printed Name and Title